Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Myosha Valeria Howard-Bell<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-09856<br><br>Chapter: 7<br>Honorable Jack B. Schmetterer |

**Final Order on Courts Motion to Dismiss for Failure to Pay Filing Fee**

IT IS HEREBY ORDERED:

1) The Debtor has failed to pay the balance of $74.00 by the due date of August 2, 2018

2) The debtor is ordered to appear to report full payment on September 4, 2018 at 10:30, 219 S. Dearborn St. Chicago, IL. 60604. Courtroom 682. Otherwise, this case will be dismissed.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:   AUG 1 4 2018
**Prepared by:**